IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PATRICIA MOORE,

    Plaintiff,

v.                               CASE NO. 1:12cv185-SPM/GRJ

NORTH CENTRAL FLORIDA
HOSPICE, INC., a Florida nonprofit
corporation and TIM BOWEN, individually,

    Defendants.
_____/

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Upon consideration, Defendants' Agreed Motion for an Extension of Time to File Answer to Complaint (doc. 4) is granted. Defendants shall have up to and including October 19, 2012 to respond to the complaint.

SO ORDERED this 3rd day of October, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge