IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PATRICIA MOORE,
    Plaintiff,

v.                                    CASE NO. 1:12-cv-185-SPM-GRJ

NORTH CENTRAL FLORIDA HOSPICE, INC. and
TIM BOWEN,
    Defendants.
_____/

## O R D E R

This matter is before the Court upon Defendants' Agreed Motion to Extend the Deadlines for Completion of Discovery and Filing of Dispositive Motions by Two Months. (Doc. 12.) Defendants request that the deadlines for completion of discovery and the filing of dispositive motions be extended from February 25, 2013 to April 25, 2013, and from March 18, 2013 to May 22, 2013, respectively. Defendants request this extension of time in order to accommodate the trip of Defendants' counsel to travel out of the United States to visit family. Defendants's counsel represents that he has conferred with Plaintiff, and that Plaintiff has no objection to the requested extension.

Upon due consideration, it is **ORDERED** that:

1.     Defendants' Agreed Motion to Extend the Deadlines for Completion of Discovery and Filing of Dispositive Motions by Two Months (Doc. 12) is **GRANTED**. The discovery deadline is set for **April 25, 2013**. The dispositive motion deadline is set for **May 22, 2013**. All other deadlines will remain the same.

**DONE AND ORDERED** this 11th day of December 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge